# United States Court of Appeals
## For the First Circuit

No. 07-2585

DANIEL YEBOAH-SEFAH,
a/k/a HENRY K. BOATENG,

Petitioner, Appellant,

v.

EDWARD FICCO,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on February 19, 2009, is amended as follows:

On p. 26, line 5: Replace "that" with ". . ."